IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BETTY CAITLIN NICOLE SMITH,

    Plaintiff,

v.                              Case No. 4:18cv393-MW/CAS

JUDGE ANDREW DECKER, III,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 7. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's emergency objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for lack of subject matter jurisdiction. Plaintiff's "emergency motion," ECF No. 4, is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on August 31, 2018.

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**